IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FERNANDO BUSTILLO,
        Plaintiff,
    v.
ART BEELER; ANTHONY SCARANTINO;
MAILROOM SUPERVISOR SKS; KRYSTAL
MCCAIGHT; TUCKER HILL; J. GREEN; S.
BRANTLEY; NURSE/PA BAH; MAITE
SERRANO-MERCADO; WALTER
WOODROW BURNS, JR. MACK BONNER;
ROBERT WALASIN; KENNETH
MERITSUGU; W. ANDES; RACHAEL
SPILLER; DEBBIE IVY,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:08-CT-3097-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendant Bah having been dismissed earlier in the action, the remaining defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on January 19, 2012, with service on:
Fernando Bustillo 02530-051, U.S. Medical Center, P.O. Box 4000, Springfield, MO 65801 (via U.S. Mail)
Edward D Gray (via CM/ECF Notice of Electronic Filing)
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)

January 19, 2012          /s/ Dennis P. Iavarone
                                                   Clerk

Raleigh, North Carolina